# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
vs. )  No. 4.21- Cr- 00011- RRB- SAO
)
RYAN DALBEC, RAIHANA NADEM, )
a/k/a RAIHANA DALBEC, and BRIAN )
LOWELL NASH II, )
)
      Defendants. )
)

## [PROPOSED] ORDER SEALING INDICTMENT

The court finds that the legitimate law enforcement interests in secrecy outweigh *to prevent the destruction of evidence, flight of defendants and danger to officers* the public interest in access to the Indictment in this case. Accordingly, the motion to seal *at the time of arrest.*

pursuant to Fed. R. Crim. P. 6(e)(4) is GRANTED. The Indictment and any associated

arrest warrant, as well as the motion to seal and this Order, shall remain sealed *(at most)* for a period

of 30 days, or until further order of this court. *The arrest warrants may be provided to the U.S. Marshals for service. The government* IT IS SO ORDERED. *must move to unseal the documents following the arrest of the defendants.*  *DS* *3/18/21*

Dated this __18__ day of March, 2021 at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE