# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 4:21-CR-00011-002-RRB-SAO |
| vs. | ) | |
| | ) | ORDER |
| RAIHANA NADEM | ) | |

[ ] **[For U.S. District Judge:]** A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the petition, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the defendant.

[ ] The petition for action is referred to the U.S. Magistrate Judge for pretrial release matters.

[ ] The petition for action will remain with the U.S. District Judge for pretrial release matters.

[ ] The matter be scheduled for a bail review hearing before the U.S. District Judge. Upon the scheduling of the hearing, the Clerk's office shall unrestrict access to the petition for action.

[ ] **[For U.S. Magistrate Judge:]** A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the petition, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the defendant.

[ ] A SUMMONS be issued for the matter to be scheduled for a bail review hearing before the U.S. Magistrate Judge. Upon the scheduling of the hearing the Clerk's Office shall unrestrict access to the petition for action. **The Clerk is directed to issue a summons for defendant to appear for a bail review hearing on _____.**

[ X ] Other: **The petition at docket 91 is GRANTED.** See Amended Order Setting Conditions of Release

Dated this **30th** day of **September** 20**21**.

s/SCOTT A. ORAVEC
Honorable Scott Oravec
United States Magistrate Judge